UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEKNOR APEX COMPANY, | ) |
| | ) C.A. No.:06-27ML |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMES TRUE TEMPER, INC., D/B/A | ) |
| AMES TRUE TEMPER COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 14th day of April, 2006, IT IS HEREBY ORDERED, pursuant to the Stipulation of Dismissal With Prejudice between plaintiff, Teknor Apex Company and defendant, Ames True Temper, Inc., that the within action is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT COURT JUDGE

{J0980352.1}

8